**EWING CONSTRUCTION COMPANY, INCORPORATED, Plaintiff–Appellant**

v.

**AMERISURE INSURANCE COMPANY, Defendant–Appellee.**

No. 11–40512.

United States Court of Appeals, Fifth Circuit.

Feb. 26, 2014.

Lee Howard Shidlofsky (argued), Esq., Douglas Paul Skelley, Esq., Shidlofsky Law Firm, P.L.L.C., Austin, TX, for Plaintiff–Appellant.

Richard Brent Cooper (argued), Esq., Diana L. Faust, Cooper & Scully, P.C., Michelle Elaine Robberson, Cooper & Scully, P.C., Patrick J. Wielinski, Esq., Rene Pinson, Esq., Cokinos, Bosien & Young, P.C., Irving, TX, James Leon Cornell, Jr., Cornell & Pardue, Vincent E. Morgan, Pillsbury Winthrop Shaw Pittman, Austin, TX, for Defendant–Appellee.

Before JOLLY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:

Consistent with the January 17, 2014 Texas Supreme Court opinion and response [1] to our certified question,[2] we VACATE the judgment of the district court granting summary judgment to defendant, Amerisure Insurance Co. (Amerisure), on grounds that coverage was excluded under

---

**1.** *Ewing Const. Co., Inc. v. Amerisure Ins. Co.,* 12–0661, 420 S.W.3d 30, 57 Tex. Sup.Ct. J. 195 (Tex. Jan. 17, 2014).

**2.** *Ewing Construction Co., Inc. v. Amerisure Ins. Co.,* 690 F.3d 628, 633 (5th Cir.2012).

its contractual liability exclusion. We RE-MAND the case to the district court for further proceedings, reserving to the parties any claims, defenses, and arguments other than those related to the contractual liability exclusion.

VACATED AND REMANDED.